UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**BENSON EVERETT LEGG**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0723 |

December 16, 2010

MEMORANDUM TO THE PARTIES

    Re:    Calvin Childs-Bey v. Department of Public Works
            Bureau of Water and Wastewater, et al.
            Civil No. L-10-2835

The parties are hereby advised that Motions to Dismiss, Paper Nos. 6 and 10, are hereby dismissed, finding as moot.

Despite the informal nature of this Memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

C:    Court File

/daf