UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

December 30, 2010

MEMORANDUM TO THE PARTIES

      Re:    Calvin Childs-Bey v. Department of Public Works
                Bureau of Water and Wastewater, et al.
                Civil No. L-10-2835

    Defendants' reply in support of paper no. 8 is hereby due on or before January 11, 2011.

    Despite the informal nature of this Memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

C:    Court File

/daf